UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS

|  |  |
|---|---|
| Oguz Aranmaz, and <br> Eda Nar (A# 096 678 437) <br><br> Plaintiffs, <br><br> v. <br><br> Michael B. Mukasey <br> U.S. Attorney General, <br> and <br> Ruth A. Dorochoff <br> District Director, <br> Chicago District <br> United States Citizenship <br> and Immigration Services <br><br> Defendants | FILED: MARCH 26, 2008 <br> 08CV1765 NF <br> JUDGE ST. EVE <br> MAGISTRATE JUDGE KEYS <br><br> Case No. |

Plaintiffs, by their attorneys, The Law Offices of Michael J. Thoren, hereby allege, upon information and belief, as follows:

## I. INTRODUCTION

1. This is a civil action brought by the Plaintiffs, to compel the Defendant and those acting under her to take action on the visa petition (USCIS Form I-130) filed on Mrs. Eda Nar's behalf and the application for adjustment of status (USCIS Form I-485) filed by Mrs. Eda Nar with the United States Citizenship and Immigration Service (hereinafter USCIS), and which Defendant and those acting under her have failed to take timely action on.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 USC §1331 (federal subject matter jurisdiction) in conjunction with 28 USC §1361 (mandamus), the Administrative Procedure Act (APA) (5 USC §555(b), and the Immigration & Nationality Act and regulations implementing it (Title 8 of the CFR).

3. Under 28 USC §1331, "(t)he districts courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States." There is jurisdiction under 28 USC §1331 because this action arises under 28 USC §1361 (mandamus), the Administrative Procedures Act (APA) (5 USC §555(b) and 5 USC §702), and the Immigration and Nationality Act (INA) and regulations implementing it (Title 8 of the CFR).

4. Under 28 USC §1361, "(t)he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

5. The APA requires USCIS to carry out its duties within a reasonable time. The provision of the APA that provides this is 5 USC §555(b), which states that "(w)ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS is subject to 5 USC §555(b). Mrs. Nar contends that the delays in processing her application for adjustment of status are unreasonable.

6. Both the regulations and the INA provide numerous examples of duties owed by USCIS in the adjustment of status process. 8 USC §1103 states that "[t]he Attorney General *shall* be charged with the administration and enforcement of this chapter and all other laws relating to the immigration and naturalization of aliens." (emphasis added.) The Code of Federal Regulations further provides that "[e]ach applicant for adjustment of status under this part *shall* be interviewed by an immigration officer," 8 CFR §245.6 (emphasis added); and, most importantly, that "the applicant *shall* be notified of the decision of the Director, and, if the application is denied, the reasons for the denial," 8 CFR

§245.2 (emphasis added.) The language of the statute and these regulations is mandatory, not discretionary, and requires the Defendant to adjudicate the adjustment of status application.

7. Venue of this action is proper under 28 USC §1391(e)(3). The Defendant maintains her office in this district and the USCIS Office in this district is adjudicating the plaintiffs' applications.

## III. PARTIES

8. Plaintiffs Oguz Aranmaz and Eda Nar are husband and wife. Mrs. Nar is a native and citizen of Turkey. Mr. Aranmaz filed a visa petition (Form I-130) simultaneously with Mrs. Nar's application for adjustment of status (Form I-485), which was received by the Defendant on November 13, 2005. One of the Defendant's Examiners interviewed the Plaintiffs concerning their applications on June 15, 2006. USCIS has yet to take action on their applications, even though the interview took place almost two years ago. USCIS has not provided plaintiffs or their attorneys with any information regarding the status of these applications. Since it is unknown whether any action has ever been taken on the visa petition that Mr. Aranmaz filed on behalf of his wife, both he and his wife have been named as plaintiffs. Mr. Aranmaz is the proper plaintiff for the Defendant's failure to act on the visa petition. Mrs. Nar is the proper plaintiff for the Defendant's failure to act on the adjustment of status application.

9. Defendant, Michael B. Mukasey is Attorney General of the United States and is sued in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the United States Citizenship and Immigration Services (USCIS). Defendant, Ruth A. Dorochoff is District Director for the Chicago District Office of USCIS and is sued in her official capacity. As such, she is the Attorney General's designate for the Chicago District, charged with the duty of administration and enforcement of all the functions, powers, and duties of USCIS. On November

25, 2002, the President signed into law the Homeland Security Act of 2002 (Pub. L. No. 107-296), which created the new Department of Homeland Security (DHS). Pursuant to the provisions of the Homeland Security Act, DHS came into existence on January 24, 2003. As provided by the Homeland Security Act and by the Department of Homeland Security Reorganization Plan of November 25, 2002, as modified (Reorganization Plan), the functions of the INS of the Department of Justice, an all authorities with respect to those functions, transferred to DHS on March 1, 2003, and the INS was abolished on that date.

## IV. FACTS

10. Mrs. Nar is a native and citizen of Turkey. She was born on January 01, 1974.
11. She entered the United States in January 2001, on an F-1 ("student") visa.
12. On August 12, 2005, Mrs. Nar married Mr. Oguz Aranmaz, a citizen of the United States.
13. Shortly thereafter, Mr. Aranmaz and Mrs. Nar filed simultaneous applications, Form I-130 and Form I-485, respectively, with USCIS. (See Exhibit 1).
14. On June 15, 2006, a USCIS District Adjudications Officer interviewed Mr. Aranmaz and Mrs. Nar at Kluczynski Federal Building (230. S. Dearborn Street), Chicago, Illinois. At the conclusion of the interview, the officer told the couple that she would process the case and inform them of her decision soon. (See Exhibit 2).
15. On February 9, 2007 and March 1, 2007, Mrs. Nar contacted USCIS via telephone to inquire about her application. She was asked to wait 6 more months in both instances. (See Exhibit 3). She contacted USCIS via telephone several times before these dates but received no written acknowledgment of her phone calls.
16. On August 8, 2007, Mrs. Nar, through her newly retained counsel, The Law Offices of Michael J. Thoren, submitted a written inquiry to the Chicago District Office of the USCIS. Defendant responded with a standardized letter stating that the case is under review. (See Exhibit 4).

17. On January 11, 2008, the Law Offices of Michael J. Thoren submitted another written inquiry to the Chicago District Office of the USCIS. There was no response from the Defendant. (See Exhibit 5).

18. Neither the plaintiffs nor their attorneys have been advised as to the status of the Plaintiffs' visa petition and adjustment of status application.

## V. REQUEST FOR RELIEF

19. The allegations contained in paragraphs 1 through 18 above are repeated and realleged as though fully set forth herein.

20. Mr. Aranmaz and Mrs. Nar have complied with all of the requirements for seeking adjustment of status for Mrs. Nar.

21. The Defendant has willfully and unreasonably delayed and has refused to adjudicate the visa petition and application for adjustment of status.

22. The delay in adjudication is not attributable to the Plaintiffs.

23. The Defendant owes Mrs. Nar a duty to adjudicate the visa petition and adjustment of status application and has unreasonably failed to perform that duty. This duty is owed under the INA and regulations, as well as by the fact that by charging a filing fee, USCIS created for itself an obligation to process and adjudicate the application.

24. The delay is unreasonable per se.

25. The delay is unreasonable in light of the fact that Plaintiffs have been interviewed. Since the fact-finding has been completed, there is no reason for any further delays.

26. The delay is unreasonable in light of the fact that the Plaintiff has had to renew her employment authorization (EAD) once subsequent to the adjustment of status interview, and further, her most recent EAD will expire on November 18, 2008.

27. The delay is unreasonable in light of the fact that USCIS has been unable to adequately respond to any of the Plaintiff's inquiries on their applications.

28. By making numerous inquiries on the status of the application, Mr. Aranmaz and Mrs. Nar have exhausted any and all administrative remedies that may

exist. No other remedy exists to resolve Defendant's delay and lack of ability or willingness to adjudicate the Plaintiff's application for adjustment of status.

**WHEREFORE**, and in light of the foregoing, Plaintiffs, Mr. Aranmaz and Mrs. Nar, pray that the Court:

A. Assume jurisdiction herein;

B. Compel the Defendant and those acting under her to perform their duty or duties to adjudicate the visa petition and application for adjustment of status;

C. Grant such other and further relief, as the Court deems appropriate and just;

D. Grant attorney's fees and costs of court.

Dated: Evanston, Illinois
March 11, 2008

Respectfully submitted,
s/Anjana Prasad
Anjana Prasad
Law Offices of Michael J. Thoren
734 Asbury Avenue
Evanston, IL 60202
847-869-2453

# VERIFICATION

Anjana Prasad, under penalty of perjury, states the following:

1. I am an attorney admitted to practice before this Court. I am employed by the Law Offices of Michael J. Thoren, the attorneys for the Plaintiffs in the foregoing Complaint.
2. I affirm the truth of the contents of the foregoing Complaint upon information and belief. The sources of my information and belief are documents provided to me by, and conversations with, the Plaintiffs.

Dated: Evanston, Illinois
March 11, 2008

s/Anjana Prasad

_____

Anjana Prasad

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO, ILLINOIS

|  |  |  |
|---|---|---|
| Oguz Aranmaz, and<br>Eda Nar (A# 096 678 437)<br><br>Plaintiffs,<br><br>v.<br><br>Michael B. Mukasey<br>U.S. Attorney General,<br>and<br>Ruth A. Dorochoff<br>District Director,<br>Chicago District<br>United States Citizenship<br>and Immigration Services<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

## LIST OF EXHIBITS

EXHIBIT 1……………………………….I-130 and I-485 Receipt Notices

EXHIBIT 2……………………………….I-485 Interview Notice

EXHIBIT 3……………………………......Acknowledgements of phone contact

EXHIBIT 4………………………………..Standardized response from USCIS

EXHIBIT 5………………………………..Latest inquiry filed

# EXHIBIT 1

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-047-25605 | Case Type: I-130 - Petition for Alien Relative |
|---|---|
| Received Date: November 13, 2005 / Priority Date: | Petitioner: ARANMAZ, OGUZ |
| Notice Date: November 18, 2005 / Page: 1 OF 1 | Beneficiary: NAR, EDA |

OGUZ ARANMAZ
1531 W ROSEMONT APT 2N
CHICAGO IL 60660

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $190.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5142120    0002863161    Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-06-047-25603 | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|
| Received Date: November 13, 2005 | Priority Date: | Applicant: A096678437 NAR, EDA |
| Notice Date: November 18, 2005 | Page 1 OF 1 | ASC Code: 3 |

EDA NAR
1531 W ROSEMONT APT 2N
CHICAGO IL 60660

Notice Type: Receipt Notice

Amount Received: $395.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

**PLEASE NOTE-**

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5142120     0002863161

Form I-797C (Rev. 11/28/03) N



EXHIBIT 2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE<br>April 24, 2006 |
|---|---|---|---|
| CASE TYPE<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A#<br>A 096 678 437 |
| APPLICATION NUMBER<br>MSC0604725603 | RECEIVED DATE<br>November 13, 2005 | PRIORITY DATE<br>November 13, 2005 | PAGE<br>1 of 1 |

EDA NAR
1531 W ROSEMONT APT 2N
CHICAGO IL 60660



You are hereby notified to appear for the interview appointment, as scheduled below, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485) and any supporting applications or petitions. *Failure to appear for this interview and/or failure to bring the below listed items will result in the denial of your application.* (8 CFR 103.2(b)(13))

**Who should come with you?**
- ☐ If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- ☐ If you do not speak English fluently, you should bring an interpreter.
- ☐ Your attorney or authorized representative may come with you to the interview.
- ☐ If your eligibility is based on a parent/child relationship and the child is a minor, the petitioning parent and the child must appear for the interview.

*NOTE:* Every adult (over 18 years of age) who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- ☐ This Interview Notice and your Government issued photo identification.
- ☐ A completed medical examination (Form I-693) and vaccination supplement in a sealed envelope (unless already submitted).
- ☐ A completed Affidavit(s) of Support (Form I-864) with all required evidence, including the following, for each of your sponsors (unless already submitted):
    - ☐ Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
    - ☐ Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
    - ☐ Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- ☐ All documentation establishing your eligibility for Lawful Permanent Resident status.
- ☐ Any immigration-related documentation ever issued to you, including any Employment Authorization Document (EAD) and any Authorization for Advance Parole (Form I-512).
- ☐ All travel documents used to enter the United States, including Passports, Advance Parole documents (I-512) and I-94s (Arrival/Departure Document).
- ☐ Your Birth Certificate.
- ☐ Your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- ☐ If you have children, bring a Birth Certificate for each of your children.
- ☐ If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
    - ☐ A certified copy of your Marriage Document issued by the appropriate civil authority.
    - ☐ Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
    - ☐ If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
    - ☐ Birth Certificates for all children of this marriage, and custody papers for your children and for your spouse's children not living with you;
- ☐ Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your spouse may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car, house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.
- ☐ Original and copy of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- ☐ If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- ☐ A certified English translation for each foreign language document. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

**YOU MUST APPEAR FOR THIS INTERVIEW-** If an emergency, such as your own illness or a close relative's hospitalization, prevents you from appearing, call the U.S. Citizenship and Immigration Services (USCIS) National Customer Service Center at 1-800-375-5283 as soon as possible. Please be advised that rescheduling will delay processing of application/petition, and may require some steps to be repeated. It may also affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call the USCIS National Customer Service Center at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>230 S. DEARBORN STREET<br>KLUCZYNSKI FEDERAL BLDG<br>2ND FLOOR<br>CHICAGO IL 60604<br>25 | ON: Thursday, June 15, 2006<br>AT: 11:05 AM<br><br>APPLICANT COPY |
|---|---|

Form I-797C (Rev. 01/31/05) N



# EXHIBIT 3



U.S. Department of Homeland Security
USCIS
101 West Congress Parkway
Chicago, IL 60605

**U.S. Citizenship and Immigration Services**

Friday, February 23, 2007

EDA NAR
1531 WEST ROSEMONT
APT 2N
CHICAGO IL 60660

Dear Eda Nar:

On 02/09/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | msc-06-047-25603 |
| **Beneficiary (if you filed for someone else):** | Nar, Eda |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



U.S. Department of Homeland Security
101 West Congress Parkway
Chicago, IL 60605

# U.S. Citizenship and Immigration Services

Friday, March 2, 2007

EDA NAR
1531 WEST ROSEMOND
CHICAGO IL 60640

Dear Eda Nar:

On 03/01/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | msc-06-047-25603 |
| **Beneficiary (if you filed for someone else):** | Nar, Eda |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT 4



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Domestic Operations Directorate
Washington, DC 20529

**U.S. Citizenship and Immigration Services**

HQCIS 181/48.2-C

JAN 1 1 2008

Mr. Michael J. Thoren
Law Offices of Michael J. Thoren
734 Asbury Avenue
Evanston, IL 60202

RE: Eda Nar

Dear Mr. Thoren:

Thank you for your inquiry dated August 8, 2007 to the U.S. Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

We have read your inquiry and understand your concern about the processing of your client's application. With the information provided, we have searched our system and it shows that this application is still under review and is not yet ready for a decision. The officer that is handling the case will notify you as soon as a resolution is made on your client's application.

If you require additional assistance or filing instructions we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust this information is helpful.

Sincerely,

*Jeffrey Murray*

Jeffrey Murray, Acting Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

www.uscis.gov

```
08CV1765   NF
  JUDGE   ST. EVE
MAGISTRATE JUDGE KEYS
```

# EXHIBIT 5



# DEPARTMENT OF HOMELAND SECURITY
## U. S. Citizenship and Immigration Service
### Chicago District Office

# STATUS INQUIRY FORM

7007 0220 0002 7206 1710

DATE: 01/11/2008

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: 096 678 437

Name: NAR        EVA
       Last      First      Middle

Mailing Address: 1531 W ROSEMONT  Apt # 2N

City: CHICAGO  State: IL  Zip Code: 60660

Daytime Phone Number: 773-319-8991

Country of Birth: TURKEY    Date of Birth: 1/1/74

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☑ Attorney   ☐ CBO

Name: THOREN    MICHAEL    J.
      Last      First      Middle

Firm / Organization: LAW OFFICES OF MICHAEL J. THOREN

Mailing Address: 734 ASBURY AVENUE

Suite # or Apt. # : _____

City: EVANSTON  State: IL  Zip Code 60202

Phone No.: 847-869-2453

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: **GENERAL**   Request Type (check all that apply): ☐ Address Change   ☑ General   ☐ Received Documents

Type of Application (check one):   ☑ Adjustment of Status   ☐ Citizenship

FORM FILED (check boxes below that apply):   DATE APPLICATION FILED: _____

☐ I-130   ☑ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one):   ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: I-485 Receipt Number MSC 06 017 25603. Please advise on status of case. Case is significantly outside processing dates.

*** INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

*** CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _[signature]_    Date: 01/11/2008

*** MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690

CIJ Revised 08/14/03