# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO, ILLINOIS

|  |  |  |
|---|---|---|
| Oguz Aranmaz, and | ) | |
| Eda Nar (A# 096 678 437) | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 1765 |
| | ) | |
| | ) | |
| Michael B. Mukasey | ) | |
| U.S. Attorney General, | ) | |
| and | ) | |
| Ruth A. Dorochoff | ) | |
| District Director, | ) | |
| Chicago District | ) | |
| United States Citizenship | ) | |
| and Immigration Services | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## INITIAL JOINT STATUS REPORT

1. The Nature of the Case

    A. The attorney of record for the plaintiffs is Anjana Prasad. The attorney of record for the defendants is Harpreet Chahal.

    B. This Court has jurisdiction over this action pursuant to 28 USC §1331 (federal subject matter jurisdiction) in conjunction with 28 USC §1361 (mandamus), the Administrative Procedure Act (APA) (5 USC §555(b), and the Immigration & Nationality Act and regulations implementing it (Title 8 of the CFR).

C. Plaintiffs assert that defendants have unreasonably delayed the adjudication of plaintiffs' I-130 Petition for Alien Relative and I-485 Adjustment of Status application.

D. After interviewing plaintiffs on June 15, 2006 in connection with the applications that plaintiffs filed, United States Citizenship and Immigration Services (USCIS) has failed to adjudicate plaintiffs applications.

E. Plaintiffs are requesting that their I-130 and I-485 applications be adjudicated to completion and a decision be tendered.

2. Pending Motions and Case Plan

A. There are no pending motions at this time.

B. A jury trial is not requested in this case

3. Status of Settlement Discussions

A. A preliminary discussion of the facts of the case has occurred.

B. Defendants' attorney has made initial contact with USCIS to check on the status of plaintiffs' applications. At this time, it is expected that the applications will be adjudicated and all matters resolved within a 45-day time period.

___s/Anjana Prasad_____
Anjana Prasad
Attorney for Plaintiffs
Law Offices of Michael J. Thoren
734 Asbury Avenue
Evanston, IL 60202
Ph: 847-869-2453

___s/Harpreet Chahal_____
Harpreet Chahal
Attorney for Defendants
United States Attorney's Office
Northern District of Illinois,
Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604