AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

OGUZ ARANMAZ AND EDA NAR,
Plaintiffs,

CASE NUMBER:    08CV1765  NF

V.

ASSIGNED JUDGE:    JUDGE ST. EVE

MICHAEL B. MUKASEY, US ATTORNEY
GENERAL et al.
Defendants

DESIGNATED
MAGISTRATE JUDGE:    JUDGE KEYS

TO: (Name and address of Defendant)

RUTH A DOROCHOFF
DISTRICT DIRECTOR, CHICAGO DISTRICT OFFICE
UNITED STATED CITIZENSHIP AND IMMIGRATION SERVICES
101 W. CONGRESS PARKWAY
CHICAGO, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANJANA PRASAD
LAW OFFICES OF MICHAEL J. THOREN
734 ASBURY AVENUE
EVANSTON, IL 60202

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MAR 2 7 2008

(By) DEPUTY CLERK

DATE

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  04/23/2008 |
|---|---|
| NAME OF SERVER *(PRINT)*  ANJANA PRASAD | TITLE  ATTORNEY |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: _____

_____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

_____

_____

G Other (specify): SERVED VIA CERTIFIED MAIL TO:
RUTH A. DOROCHOFF, DISTRICT DIRECTOR, CHICAGO
DISTRICT OFFICE, USCIS, 101 W. CONGRESS PKWAY
CHICAGO, IL 60605

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/2008
*Date*

*Signature of Server*

LAW OFFICES OF MICHAEL J. THOREN
*Address of Server*  734 ASBURY AVE.
EVANSTON, IL 60202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.