# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

OGUZ ARANMAZ AND EDA NAR,
Plaintiffs,

V.

MICHAEL B. MUKASEY, US ATTORNEY GENERAL et al.
Defendants

CASE NUMBER: 08CV1765 NF

ASSIGNED JUDGE: JUDGE ST. EVE

DESIGNATED MAGISTRATE JUDGE: JUDGE KEYS

TO: (Name and address of Defendant)

PATRICK J. FITZGERALD
UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
219 S. DEARBORN STREET, 5TH FLOOR
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ANJANA PRASAD
LAW OFFICES OF MICHAEL J. THOREN
734 ASBURY AVENUE
EVANSTON, IL 60202

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MAR 2 7 2008

(By) DEPUTY CLERK                                                      DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 04/29/2008 |
| NAME OF SERVER (PRINT) ANJANA PRASAD | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED VIA CERTIFIED MAIL TO: PATRICK J. FITZGERALD, U.S. ATTORNEY, 219 S. DEARBORN ST., 5TH FLOOR CHICAGO, IL 60604

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04/10/2008        *signature* A. Prasad
           Date                 Signature of Server

Address of Server: LAW OFFICES OF MICHAEL J. THOREN 734 ASBURY AVE. EVANSTON, IL 60202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.