UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OGUZ ARANMAZ and EDA NAR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C 1765 |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, et al., | ) | Judge St. Eve |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ATTORNEY DESIGNATION

      Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

      By: s/ Harpreet K. Chahal
          HARPREET K. CHAHAL
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-1996
          Harpreet.Chahal@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on May 6, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Harpreet K. Chahal
HARPREET K. CHAHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996